```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BJ66, LLC,

                Plaintiff,

      -against-

                              22-CV-617 (VEC)

KOGV, LLC, GISELLE DEIACO, ROBERTO    ORDER
DEIACO and JOHN DOE,

                Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on January 24, 2022, *see* Dkt. 1;

      WHEREAS Defendants Giselle Deiaco and Roberto Deiaco were served on January 27, 2022, such that their answers were due by February 17, 2022, *see* Dkts. 11, 12;

      WHEREAS Defendant KOGV, LLC was served on January 28, 2022, such that its answer was due by February 18, 2022, *see* Dkt. 13;

      WHEREAS to date, Defendants have not appeared, answered, or otherwise responded to Plaintiff's Complaint, *see* Fed. R. Civ. P. 12(a)(1);

      IT IS HEREBY ORDERED that Plaintiff must apply for a default judgment against Defendants KOGV, LLC, Giselle Deiaco, and Roberto Deiaco, consistent with the procedures described in Attachment A to the undersigned's Individual Practices by **March 11, 2022**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date: February 28, 2022
      New York, NY

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**