```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 BJ66, LLC,                                                    :
                              Plaintiff,                       :
                                                               :
          -against-                                            :
                                                               :   22-CV-617 (VEC)
                                                               :
 KOGV, LLC, GISELLE DEIACO, ROBERTO                            :      ORDER
 DEIACO and JOHN DOE,                                          :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference is scheduled for March 25, 2022 at 2:30 p.m., *see* Dkts. 10, 26;

IT IS HEREBY ORDERED that, due to a scheduling conflict for the Court, the initial pretrial conference is ADJOURNED to **March 28, 2022 at 12:00 p.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. Per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

**SO ORDERED.**

Date:  March 22, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**

1

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire at an entry device at the courthouse.