```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BJ66, LLC,

                Plaintiff,

      -against-

                                              22-CV-617 (VEC)

KOGV, LLC, GISELLE DEIACO, ROBERTO      ORDER
DEIACO and JOHN DOE,

                Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference was held on March 28, 2022;

IT IS HEREBY ORDERED that Plaintiff must file its amended complaint, consistent with the procedures described in Rule E(i) of the Undersigned's Individual Practices in Civil Cases, no later than **April 1, 2022**.

IT IS FURTHER ORDERED that Defendants must answer or otherwise respond to Plaintiff's complaint by **April 20, 2022**. If Defendants move to dismiss, Plaintiff must respond or amend its complaint within 21 days of Defendants' filing.

IT IS FURTHER ORDERED that the Court will, by separate orders, enter a Case Management Plan and refer the parties to Magistrate Judge Cave for a settlement conference.

**SO ORDERED.**

**Date: March 28, 2022**
       **New York, NY**

                                                      */s/ Valerie Caproni*
                                                    **VALERIE CAPRONI**
                                                 **United States District Judge**