UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BJ66, LLC,

                Plaintiff,

-v-

KOGV, LLC, GISELLE DEIACO, ROBERTO DEIACO and JOHN DOE,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 617 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 30). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled **Monday, April 11, 2022 at 9:30 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
             March 29, 2022

                                      SO ORDERED.

                                      _____
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**