UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BJ66, LLC,

                      Plaintiff,

-v-                                      CIVIL ACTION NO.: 22 Civ. 617 (VEC) (SLC)

**ORDER**

KOGV, LLC, GISELLE DEIACO, ROBERTO DEIACO and JOHN DOE,

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 18, 2022, a Telephone Conference to discuss scheduling a Settlement Conference is scheduled **Wednesday, July 20, 2022 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:        New York, New York
                 April 18, 2022

                                                          SO ORDERED.

                                                          _____
                                                          **SARAH L. CAVE**
                                                          **United States Magistrate Judge**