**MEMO ENDORSED**

# THE PERKINS FIRM, LLC

T: (551) 502-0042  F: (201) 254-3353  E: pip@p-firm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2022

April 18, 2022

**VIA ECF & ELECTRONIC MAIL**
The Honorable Valerie E. Caproni, U.S.D.J.
Thurgood Marshall Courthouse
40 Foley Square
W. J. Brennan Courthouse
New York, NY  10007

    Re: **BJ66 v. KOGV, LLC**
      Docket No.: 1:22-CV-00617-VEC

Dear Judge Caproni,

I am writing with respect to the Order To Show Cause for Documents presently pending before Your Honor.

Plaintiff respectfully requests that this Court allow Plaintiff to withdraw the motion. Plaintiff withdraws this motion in anticipation of receiving the documents as represented to this Court and the Magistrate Judge in today's conference.

I thank this Court for the consideration of the foregoing. Should you have any questions or issues, please do not hesitate to contact me. I can be reached at: 1.551.502.0042.

            Sincerely,

            **THE PERKINS FIRM, LLC**

            /s/ Paul I. Perkins
            Paul I. Perkins, Esq. (NJ#007372006)

cc: All Counsel on ECF

> Application GRANTED.  The Clerk of Court is respectfully directed to close the open motion at docket entry 14.
>
> SO ORDERED.
>
> *[signature: Valerie Caproni]*
>
> Date: 4/18/2022
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

**PLEASE NOTE OUR NEW ADDRESS:**
40-21 Bell Blvd., Second Floor, Bayside NY 11361
2 University Plaza, Suite 100, Hackensack, New Jersey  07601